UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                       :
                                                             : Chapter 13
GREGORY L. BEECHE,                                           :
                                                             : Case No. 25-10879
            Debtor.                                          :
------------------------------------------------------------ x

## SECOND STIPULATION LIMITEDLY EXTENDING
## FABBRICA LLC'S TIME TO OBJECT TO DISCHARGE

**WHEREAS,** the first meeting of creditors under 11 U.S.C. §341(a) was held on August 26, 2025;

**WHEREAS,** the current deadline under Federal Rule of Bankruptcy Procedure 4004(a) for filing a complaint objecting to the Debtor's discharge under 11 U.S.C. §1328 is October 27, 2025;

**WHEREAS,** Fabbrica LLC ("Fabbrica") has requested a short extension of time to evaluate whether it may assert grounds for objection to the Debtor's discharge;

**WHEREAS,** the Debtor denies that Fabbrica holds any valid claim or has standing to object to discharge and enters this stipulation solely for the purpose of avoiding unnecessary motion practice;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned as follows:

1. <u>Extension Period.</u> The deadline for Fabbrica to file a complaint objecting to the Debtor's discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b) shall be extended from November 13, 2025 to December 12, 2025.

2. <u>One-Time Extension.</u> The Debtor does not expect to provide further extensions on a consensual basis. As such, the Debtor anticipates that any further extensions should be sought by application to the Court, upon a showing of good cause.

094066\1\180254128.v1

3. **No Admission.** This stipulation shall not be construed as (a) an admission that Fabbrica holds any valid claim against the Debtor, (b) an admission that Fabbrica has standing to object to discharge, or (c) a waiver of any of the Debtor's rights, defenses, or objections.

4. **Counterparts.** This stipulation may be executed in counterparts, and facsimile or scanned signatures shall be deemed originals.

| | |
|---|---|
| Dated: Saratoga Springs, New York<br>November 10, 2025 | FAIRBANKS FLETCHER LAW PLLC<br>Attorneys for the Debtor<br><br>By: _/s/ Elizabeth Fairbanks-Fletcher_<br>Elizabeth Fairbanks-Fletcher 513317<br>178 Elm Street, Suite 4<br>Saratoga Springs, New York 12866<br>Telephone: (518) 581-8600 |
| Dated: New York, New York<br>November 10, 2025 | TARTER KRINSKY & DROGIN LLP<br>Attorneys for Fabbrica LLC<br><br>By: _/s/ Rocco A. Cavaliere_<br>Rocco A. Cavaliere<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, New York 10018<br>Telephone: (212) 216-8000 |