**Hearing Date: January 22, 2025**
**Hearing Time: 1:00 p.m.**

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Fabbrica LLC*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Rocco A. Cavaliere, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                            :
                                                  :    Chapter 13
GREGORY L. BEECHE,                                :
                                                  :    Case No.: 25-10879
                            Debtor.               :
------------------------------------------------------------- x

# FABBRICA LLC'S PRECAUTIONARY OBJECTION TO CHAPTER 13 PLAN

1.  Fabbrica LLC ("Fabbrica") is a creditor of the Debtor by virtue of Debtor's misapplication of trust fund monies in violation of NY Lien Law Article 3-A as more fully set forth in Fabbrica's proof of claim filed with the Court..

2.  The Debtor filed a chapter 13 plan in the early stages of the Chapter 13 case. Fabbrica notes the Chapter 13 plan fails to account for payments due to Fabbrica on its nondischargeable debt and is unconfirmable as a matter of law.[1]  Notably, the Debtor has no income and has not demonstrated that any third party on his behalf can satisfy payments to creditors.

3.  Following a hearing in October 2025 in which the Court determined the Debtor failed to meet the debt limits of Chapter 13, the Debtor filed a motion to convert this case to a Subchapter V case under Chapter 11 of the Bankruptcy Code.  It would appear that confirmation of the Chapter 13 plan is moot under the circumstances but since the confirmation hearing is

---

[1] The parties have agreed to extend the time to commence a nondischargability complaint until February 17, 2026, as per the Stipulation filed with the Court. See Dkt. No. 71.

presently scheduled for January 22, 2026 and the conversion motion remains pending and will also be heard on January 22, 2026, out of an abundance of caution, Fabbrica has filed this precautionary objection and reserves the right to further object to the Chapter 13 plan, to the extent necessary.

4. Although Fabbrica is not taking a formal position on the conversion motion, Fabbrica notes that multiple creditors have filed motions for relief from stay to enforce their rights on Debtor's encumbered property and it does not appear that Debtor has unencumbered property or sufficient ongoing income such that this case may be better suited for dismissal, as opposed to conversion.

**WHEREFORE**, Fabbrica respectfully requests the Court sustain this Objection to the Chapter 13 plan and grant such other and further relief as may be just and proper.

Dated: New York, New York
January 15, 2026

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Fabbrica LLC*

By:   /s/Rocco A. Cavaliere
Rocco A. Cavaliere
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000

094066\1\180333844.v1