BUCHANAN INGERSOLL & ROONEY PC
640 5th Avenue, 9th floor
New York, NY  10019
(212) 440-4400
Christopher P. Schueller, Esq.
*Attorneys for McCormick 103, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Gregory L. Beeche, | : | Case No. 25-10879-1-PGR |
| | : | |
| Debtor. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I served or caused to be served this 15th day of January, 2026 a true

and correct copy of the *Creditor McCormick 103, LLC's Objection to Debtor's Motion to Enforce*

*Automatic Stay, Declare Receivership Void Ab Initio, and for Sanctions under 11 U.S.C. § 362(k).*

via ECF notification upon all parties-in-interest.

Dated:  New York, New York       **BUCHANAN INGERSOLL & ROONEY P.C.**
              January 15, 2026

                                                  /s/ Christopher P. Schueller
                                                 Christopher P. Schueller, Esquire
                                                 640 5th Avenue, 9th Floor
                                                 New York, NY  10019
                                                 Phone: (212) 440-4400
                                                 Facsimile: (212) 440-4401
                                                 E-mail:  christopher.schueller@bipc.com

                                                 *Attorneys for McCormick 103, LLC*