**Phillips Lytle LLP**

**Via CM/ECF**  January 15, 2026

Hon. Patrick J. Radel
U.S. Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:   *In re Gregory L. Beeche*, Case No. 25-10879-1-pgr
      Debtor's Motion to Enforce Automatic Stay, Declare Receivership Void *Ab Initio*, and for Sanctions Under 11 U.S.C. § 362(k) (Docket No. 46) ("Stay Violation Motion")

Dear Judge Radel:

As the Court is aware, we represent Dotan Y. Melech, President of United AMS, LLC, court-appointed receiver ("Receiver") of Greg Beeche, Logistics, LLC and Greg Logistics, LLC in the matter of *McCormick 103, LLC v. Greg Beeche, Logistics, LLC and Greg Logistics, LLC* pending in the United States District Court for the Northern District of New York ("District Court") at Civ. Action No. 1:25-cv-00944-AMN-TWD ("Receivership Action").

Mr. Melech takes no position regarding the Stay Violation Motion. Debtor's counsel has confirmed in writing that the Stay Violation Motion is premised on actions taken prior to the Receiver's appointment in the Receivership Action. As such, Debtor is neither asserting that the Receiver violated the automatic stay nor does Debtor seek damages against the Receiver for any purported stay violation. Counsel for the Receiver, however, intends to appear at the hearing on the Stay Violation Motion and respectfully reserves the right to be heard at that time.

Finally, the Receiver's non-opposition should not be construed as an admission or concession of Debtor's allegations and legal theories in the Stay Violation Motion. The Receiver—reserving all rights with respect to these allegations and theories—has

ATTORNEYS AT LAW

TODD A. RITSCHDORFF   PARTNER   DIRECT 518 618 1212   TRITSCHDORFF@PHILLIPSLYTLE.COM

3 WINNERS CIRCLE SUITE 306 ALBANY, NEW YORK 12205-1161 PHONE (518) 472-1224 FAX (518) 472-1227 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION



Hon. Patrick J. Radel  January 15, 2026
Page 2

consistently acted in accordance with the District Court's directives in the Receivership Action.

Thank you for the Court's time and attention to this matter

Respectfully Submitted,

Phillips Lytle LLP

By  */s/ Todd A. Ritschdorff*

Todd A. Ritschdorff

TAR/

cc:    Elizabeth Fairbanks-Fletcher, Esq.
       Christopher P. Schueller, Esq.