**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

IN RE
    GREGORY L. BEECHE,                         Chapter 13
                                 Debtor.         Case No. 25-10879
_____

## DEBTOR'S OBJECTION TO NBT BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      Debtor GREGORY L. BEECHE, by and through his attorney Elizabeth Fairbanks-Fletcher, Esq., Fairbanks Fletcher Law PLLC, hereby opposes the motion by NBT Bank for relief from the automatic stay (the "Motion") and respectfully states:

      1.      NBT Bank seeks relief from the automatic stay under 11 U.S.C. § 362(d)(1) based solely on the Debtor's failure to complete payment of a residential mortgage that reached maturity shortly before the filing of this Motion. Relief from stay is unwarranted under the circumstances presented.

      2.      NBT holds a mortgage on the Debtor's residence located at 65 Smith Road. The Debtor scheduled the Property with a value of $436,500. According to NBT's own submissions, the total amount required to satisfy the mortgage in full is approximately $18,000, representing the final four monthly payments on the loan. The resulting equity cushion exceeds $400,000.

      3.      NBT does not allege that the Property is declining in value, that taxes or insurance are unpaid, or that the collateral is otherwise at risk. The sole basis for the Motion is the existence of a short-term payment default on a loan that has matured. Where a secured creditor is protected by overwhelming equity and faces no risk of loss, there is no lack of adequate protection and therefore no "cause" for stay relief.

      4.      The Debtor is not seeking to modify NBT's rights, extend the loan term, or impair NBT's claim in any respect. The Debtor seeks only a brief and finite period of time to complete payment of the mortgage in full. The Debtor anticipates that the mortgage can be paid off within approximately eight weeks. Granting relief from stay in these circumstances would serve no practical purpose, as NBT is fully protected and stands to receive payment in full without the delay and expense of foreclosure proceedings.

      5.      Courts routinely deny or condition stay relief where a debtor requires a short period of time to complete a payoff on a fully matured loan, particularly where the equity

cushion is substantial and repayment is imminent. If the Court has any concern regarding timing, continuation of the stay conditioned upon prompt payoff is the appropriate and proportional remedy.

6.      For these reasons, the Debtor respectfully requests that the Court deny NBT Bank's Motion for Relief from the Automatic Stay. In the alternative, the Debtor requests that the Court continue the stay on the condition that the mortgage be paid in full within a short, defined period, and grant such other and further relief as the Court deems just and proper.

**WHEREFORE**, Debtor respectfully prays of the Court for the relief requested herein, together with such other and further relief as may be just and proper.

| | |
|---|---|
| Dated: January 15, 2026 | /s/ Elizabeth Fairbanks-Fletcher, Esq. 513317 |
| | FAIRBANKS FLETCHER LAW PLLC |
| | *Attorneys for Debtor(s)* |
| | 178 Elm St., Ste. 4 |
| | Saratoga Springs, NY 12866 |