**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

IN RE:

    GREGORY L. BEECHE,                                     Case No. 25-10879

                       Debtor.                                          Chapter 13

---

## NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 1307(b)

      **PLEASE TAKE NOTICE** that the Debtor, Gregory Beeche, by and through his undersigned counsel, hereby voluntarily dismisses this Chapter 13 case pursuant to 11 U.S.C. § 1307(b).

Dated: January 20, 2026                  /s/ Elizabeth Fairbanks-Fletcher, Esq.   513317
                                                         FAIRBANKS FLETCHER LAW PLLC
                                                         178 Elm St., Ste. 4
                                                         Saratoga Springs, NY 12866