# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
**Honorable Patrick G. Radel**
**U.S. BANKRUPTCY JUDGE**

To:     Elizabeth Fairbanks-Fletcher, Esq.
From:   Chambers
Date:   January 21, 2026

Re:     Gregory L. Beeche, Debtor
        Case No. 25-10879-1-pgr
        Notice of Voluntary Dismissal (Docket No. 79)

On January 20, 2026, you filed a Notice of Voluntary Dismissal (Docket No. 79). Please perform the following actions:

1. Upload a proposed order via eOrders.
   https://www.nynb.uscourts.gov/sites/nynb/files/CMECF/EORders%20guidelines.pdf